UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NIRMAL KHANNA,<br><br>　　　　Defendant. | Case No. 2:22-CR-0213 KJM<br><br>TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. § 4285, 18 U.S.C. § 3006A |

**ORDER**

　　GOOD CAUSE APPEARING: Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Nirmal Khanna with the cost of travel from Newark, New Jersey to Sacramento, CA on April 23, 2023, so that he may attend Court on April 24, 2024. Arrangements shall be made for Mr. Khanna, who is blind, to be seated next to co-defendant Anita Khanna (who is Mr. Khanna's wife) on any flight taken. Additionally, the United States Marshal shall provide Mr. Khanna with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

　　THE COURT FURTHER ORDERS pursuant to 18 U.S.C. §3006A, disbursement of Criminal Justice Act (CJA) funds to furnish defense counsel, John R. Manning, to reimburse him for the cost of lodging, food, and incidental expenses while Mr. Khanna is in Sacramento, California between April 23-

24, 2024, in connection with his court appearance on April 24, 2024. It is further ordered that CJA funds shall be disbursed for travel and subsistence to enable Mr. Khanna to return to his home in New Jersey when that court proceeding is completed.

To the extent possible, advance authorization is approved for reimbursement of defense counsel for the following expenditures: Mr. Khanna's airfare back to New Jersey from Sacramento at $270.10, one days' per diem at $64.00, $30.00 for transportation back to the airport for the flight back to New Jersey (10 miles), and $50 for transportation from the airport in New Jersey to his home (28 miles). (This estimate is predicated on the hotel fee for the stay in Sacramento, as to Anita Khanna and Nirmal Khanna, being funded through a request for travel expenses submitted [and approved] on behalf of Anita Khanna [see, ECF 269].)

The total amount to be reimbursed defense counsel for Mr. Khanna is not exceed $414.10, plus reasonable expenses, fees, and taxes. To the extent that expenses, fees, and taxes are shared with any co-defendant (such as lodging and transportation), defense counsel is ordered to apportion the reimbursement requested.

IT IS SO ORDERED.

Dated:  April 11, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE