JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
NIRMAL KHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>NIRMAL KHANNA,<br><br>        Defendant. | No. CR-S-22-0213-KJM<br><br>ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS |

Defendant Nirmal Khanna's unopposed request to modify his Special Condition of release number four is granted. As such, United States Pretrial Services in Sacramento, California, is ordered to facilitate the transfer of Mr. Khanna's Passport from Sacramento, California to the United States Pretrial Services Office located in Trenton, New Jersey. Mr. Khanna may pick up his Passport, at the United States Pretrial Services Office in Trenton, New Jersey, any time after 12:00 p.m. on Tuesday, September 30, 2025, and he must return his Passport, to the same location, by 12:00 p.m. on Thursday, October 2, 2025.

IT IS SO ORDERED

Dated: September 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE