UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NIRMAL KHANNA,

Defendant.

Case No. 2:22-CR-0213-DC

~~[PROPOSED]~~ TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. § 4285, 18 U.S.C. § 3006A

**ORDER**

GOOD CAUSE APPEARING: Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Nirmal Khanna with the cost of travel from Newark, New Jersey to Sacramento, CA on September 10, 2026, so that he may attend Court on September 11, 2026. (The defense notes, on September 10, 2026, there is a well-priced United Airlines flight [UA 186] that departs from Newark, New Jersey, at 7:24 p.m. and arrives in Sacramento at 10:30 p.m.) Arrangements shall be made for Mr. Khanna, who is blind, to be seated next to co-defendant Anita Khanna (who is Mr. Khanna's wife) on any flight taken. Additionally, the United States Marshal shall provide Mr. Khanna with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

THE COURT FURTHER ORDERS pursuant to 18 U.S.C. §3006A, disbursement of Criminal Justice Act (CJA) funds to furnish defense counsel, John R. Manning, to reimburse him for the cost of lodging, food, and incidental expenses while Mr. Khanna is in Sacramento, California from September 10-11, 2026, in connection with his court appearance on September 11, 2026. It is further ordered that CJA funds shall be disbursed for travel and subsistence to enable Mr. Khanna to return to his home in New Jersey when that court proceeding is completed. To the extent possible, advance authorization is approved for reimbursement of defense counsel for the following expenditures: Mr. Khanna's airfare back to New Jersey from Sacramento at $273.20, one days' per diem at $64.00, $60.00 for transportation from and back to the Sacramento airport for the flights from and back to New Jersey (20 miles), and $100 for transportation to and from the airport in New Jersey (56 miles). (This estimate is predicated on the hotel fee for the stay in Sacramento, as to Anita Khanna and Nirmal Khanna, being funded through a request for travel expenses submitted on behalf of Anita Khanna.)

The total amount to be reimbursed defense counsel for Mr. Khanna is not exceed $497.20, plus reasonable expenses, fees, and taxes. To the extent that expenses, fees, and taxes are shared with any co-defendant (such as lodging and transportation), defense counsel is ordered to apportion the reimbursement requested.

IT IS SO ORDERED.

Dated: August 21, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE